620

*H. H. Shelton* for petitioner. *Solicitor General Biggs* for respondent.

No. 946. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* POWERS, EXECUTOR, ET AL. May 14, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Biggs* for petitioner. *Mr. J. Colby Bassett* for respondents.

No. 969. IRVING TRUST Co., TRUSTEE IN BANKRUPTCY, *v.* A. W. PERRY, INC. May 14, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Charles K. Beekman* and *Edward K. Hanlon* for petitioner. *Messrs. John M. Perry* and *Thos. F. Dougherty* for respondent.

No. 962. METROPOLITAN CASUALTY INSURANCE Co. *v.* BROWNELL, RECEIVER. May 21, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. James W. Noel* for petitioner. *Messrs. Sidney S. Miller* and *Samuel D. Miller* for respondent.

No. 973. ICKES, SECRETARY OF THE INTERIOR, *v.* VIRGINIA-COLORADO DEVELOPMENT CORP. May 21, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Solicitor General Biggs* for petitioner. No appearance for respondent.

No. 994. GILLIS, RECEIVER, *v.* CALIFORNIA. May 28, 1934. Petition for writ of certiorari to the Circuit Court